IN THE MATTER OF THE ESTATE OF STELLA T. FORREST

No. 93A84

(Filed 5 June 1984)

APPEAL by the caveator, pursuant to N.C.G.S. 7A-30(2), from a decision of the Court of Appeals (*Judges Johnson* and *Arnold* concurring, *Judge Phillips* dissenting) reported in 66 N.C. App. 222, 311 S.E. 2d 341 (1984), which reversed in part and affirmed in part the judgment entered by *Clark, J.,* at the 23 August 1982 Civil Session of Superior Court, ORANGE County. Heard in the Supreme Court 11 May 1984.

*Maxwell, Freeman, Beason and Morano, P.A., by Robert A. Beason and Mark R. Morano, for appellant.*

*Josiah S. Murray, III and Newsom, Graham, Hedrick, Bryson, Kennon & Faison, by Joel M. Craig, for appellees.*

PER CURIAM.

The decision of the Court of Appeals is affirmed. The case is remanded to that Court for further remand to the Superior Court, Orange County, for the submission of the issue of *devisavit vel non* to a jury upon peremptory instructions.

Affirmed.